No. 71–1167. PICARD, CORRECTIONAL SUPERINTENDENT *v.* EISEN. C. A. 1st Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 71–1173. FOLLETTE, CORRECTIONAL SUPERINTENDENT *v.* BURGOS. C. A. 2d Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 71–1171. WHDH, INC. *v.* FEDERAL COMMUNICATIONS COMMISSION ET AL. C. A. D. C. Cir. Certiorari denied. THE CHIEF JUSTICE took to part in the consideration or decision of this petition.

No. 71–1265. GALLAGHER ET AL. *v.* CARTER ET AL. C. A. 8th Cir. Motion of International Association of Fire Fighters for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 70–5197. SWEENEY *v.* SHERIDAN, CHIEF JUDGE, U. S. DISTRICT COURT, ET AL., 404 U. S. 839, 962; and

No. 71–5817. BURNS *v.* COLUMBIA PICTURES INTERNATIONAL CORP. ET AL., 405 U. S. 991, *ante,* p. 911. Motions for leave to file second petitions for rehearing denied.

No. 71–1007. REGENCY REALTY ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE, 405 U. S. 1065;

No. 71–1077. ELLIS, TRUSTEE *v.* POWERS ET AL., 405 U. S. 1075; and

No. 71–6065. BYLAND *v.* CRAVEN, WARDEN, 405 U. S. 1070. Petitions for rehearing denied.